**E-FILED**
Wednesday, 05 October, 2005  01:01:41 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ESTATE OF JUDY A. SMITH, MICHELL R. JACOBS, VANCE JACOBS, JAMES VAN SCOYOC, SCOTT VAN SCOYOC, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF JUDY A. SMITH, DECEASED, AND NON-RECORD CLAIMANTS<br><br><br><br><br><br>        Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. CV  **05-2224** |

NOTICE OF FORECLOSURE

     The undersigned certifies that the above entitled mortgage foreclosure action was filed on ___October 5___, 2005, and is now pending.

(i)     The names of all plaintiffs and the case number are identified above.

(ii)    The court in which said action was brought is identified above.

(iii)   The name(s) of the title holder(s) of record are:  JUDY A. SMITH

(iv)   The legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

          Lot Thirteen (13) of Taylor's Resubdivision of a part of Lot Four (4) of Gibson Land Company's Subdivision of the South end of the East side of the Southeast Quarter (SE1/4) of Section Eleven (11), Township Twenty-three (23) North, Range Seven (7) East of the Third Principal Meridian, according to the Survey and Plat thereof, filed for record May 23, 1957 in Book 151 Miscellaneous Records, page 1 of the records in the Recorder's Office of Ford County, Illinois; and Dedication of said Plat filed for record September 18, 1957 in Book 151 Miscellaneous Records at page 301, situated in the City of Gibson, County of Ford and State of Illinois.

          PIN No. 09-11-11-479-008

(v)      A common address or description of the location of the real estate is as follows:
509 S. Lawrence, Gibson City, Illinois 60936

(vi)     An identification of the mortgage sought to be foreclosed is as follows:

Name of mortgagor(s):          JUDY A. SMITH (now deceased)

Name of mortgagee:             United States of America, United States
Department of Agriculture

Date(s) of mortgage(s):        March 27, 1998

Date(s) of recording:          March 27, 1998

County where recorded:         Ford County, Illinois

Recording document identification:       Recorded as Doc. No. 208336


UNITED STATES OF AMERICA, Plaintiff

JAN PAUL MILLER
United States Attorney


PREPARED BY:          By: s/David H. Hoff
David H. Hoff, IL Bar No. 1234072
Assistant United States Attorney
Urbana Federal Bldg. & U.S. Courthouse
201 S. Vine, Ste. 226
Urbana, Illinois 61801
Telephone No. 217-373-5875
Fax No. 217-373-5891
dave.hoff@usdoj.gov


This instrument was prepared by David H. Hoff, Assistant U. S. Attorney, Urbana Federal Bldg. & U.S. Courthouse, 201 S. Vine, Ste. 226, Urbana, IL 61801.