UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 05-2224 |
| ESTATE OF JUDY A. SMITH, MICHELL R. JACOBS, VANCE JACOBS, JAMES VAN SCOYOC, SCOTT VAN SCOYOC, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF JUDY A. SMITH, DECEASED, AND NON-RECORD CLAIMANTS, | ) |
| Defendants. | ) |

MOTION FOR ORDER FOR SERVICE BY PUBLICATION

Plaintiff in the above-entitled cause says that this is an action to enforce the lien upon real property situated in this district and described as follows, to wit:

Lot Thirteen (13) of Taylor's Resubdivision of a part of Lot Four (4) of Gibson Land Company's Subdivision of the South end of the East side of the Southeast Quarter (SE 1/4) of Section Eleven (11), Township Twenty-three (23) North, Range Seven (7) East of the Third Principal Meridian, according to the Survey and Plat thereof, filed for record May 23, 1957 in Book 151 Miscellaneous Records, page 1 of the records in the Recorder's Office of Ford County, Illinois; and Dedication of said Plat filed for record September 18, 1957 in Book 151 Miscellaneous Records at page 301, situated in the City of Gibson, County of Ford and State of Illinois,

and that the ESTATE OF JUDY A. SMITH, VANCE JACOBS, JAMES VAN SCOYOC, SCOTT VAN SCOYOC, UNKNOWN OWNERS, INCLUDING UKNOWN HEIRS AND LEGATEES OF JUDY A. SMITH, DECEASED AND NON-RECORD CLAIMANTS, defendants in this suit, cannot be found in the State of Illinois in which this suit has been commenced.

The plaintiff further says that personal service outside of that State is not practicable for the reason that it has no knowledge as to the residence of said defendants or where they can be found, although, plaintiff has made diligent efforts to

learn the whereabouts of the defendants, as more fully appears from the Declaration of David H. Hoff, Assistant United States Attorney, attached hereto and made a part hereof.

WHEREFORE, plaintiff United States of America moves this Court to enter an order for publication in a newspaper for a time to be designated by this Court not less than three (3) successive weeks pursuant to Rule 4 of the Federal Rules of Civil Procedure and 735 ILCS §5/2-206 and 5/2-207.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:   s/ David H. Hoff
DAVID H. HOFF
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax: 217/373-5891
tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 30th day of December 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Michell R. Jacobs
113 W. Green
Roberts, IL 60962-0182

s/David H. Hoff
DAVID H. HOFF
United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov