UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-2224 |
| | ) |
| ESTATE OF JUDY A. SMITH, MICHELL R. JACOBS, VANCE JACOBS, JAMES VAN SCOYOC, SCOTT VAN SCOYOC, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF JUDY A. SMITH, DECEASED, AND NON-RECORD CLAIMANTS, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION TO SUPPORT MOTION FOR SERVICE
OF DEFENDANTS BY PUBLICATION**

I, David H. Hoff, the Assistant United States Attorney assigned to this case, hereby states in support of the United States Motion To Serve Defendants by Publication that:

1. On March 27, 1998, Judy A. Smith executed as mortgagor the mortgage and promissory note that are referenced in the United States' complaint for foreclosure filed in this case.

2. The mortgagor, Judy A. Smith, died on July 26 2003, and at the time of her death was a divorced person who had not remarried.

3. The United States filed its foreclosure complaint in this cause on October 5, 2005.

4. On October 17, 2005, attorney Jerry Niemann with the law firm of Martensen and Niemann, 140 North Taft Street, Paxton, Illinois 60957, notified the undersigned attorney by a fascimile transmission that the attorney believed that at the time of her death Judy A. Smith was survived by: (1) Vance Jacobs; (2) James VanScoyoc in Gibson City, Illinoiis; Scott Van Scoyoc of Champaign, Illinois; and Michelle Jacobs of 113 West Green Street, Roberts, Illinois 60962-0182.

5. On October 5, 2005, the plaintiff through its undersigned attorney sent the letter attached hereto as Exhibit A to Michelle Jacobs at the above address requesting detailed information concerning the heirs of Judy A. Smith. In response, Ms. Jacobs stated in writing that:

a. Judy A. Smith was survived by four children, had no deceased children, and was not married at the time of her death. Her four children were Michelle Jacobs, Vance D. Jacobs, Scott A. VanScoyoc and James M. VanScoyoc.

b. Attorney Jerry Neimann, referenced above, assisted the family concerning the death of Judy A. Smith.

c. No probate proceedings have been filed and Michelle Jacobs did not know the location of any Will for Judy A. Smith.

d. Michelle Jacobs did not know the addresses of Vance D. Jacobs, Scott A. VanScoyoc and James M. VanScoyoc.

  e. Lambs Funeral Home was paid in full for Judy A. Smith's funeral expenses.

 6. On October 19, 2005, the office of the undersigned attorney sent an identical letter to Corrie VanScoyoc, 528 South Wood Street, Gibson City, Illinois, asking for information to assist in locating James VanScoyoc, Scott VanScoyoc and Vance Jacobs. Although the letter was not returned to sender, no response was received from the written inquiry.

 7. On October 5, 2005, the office of the undersigned attorney sent another identical letter to a James VanScoyoc, 528 South Wood Street, Gibson City, Illinois 60936, seeking information to assist in locating Judy A. Smith's descendants. Although the letter was not returned to sender, no response was received from the written inquiry, and the United States does not know whether that James VanScoyoc in fact is a descendant of Judy A. Smith.

 For these reasons, it is necessary to seek an order to serve by publication defendants James VanScoyoc, Scott VanScoyoc, Vance Jacobs, unknown heirs and legatees of Judy A. Smith, deceased, and unknown owners and non-record claimants to the real estate being foreclosed upon in this proceeding, namely the real estate located at 509 South Lawrence, Gibson City, Illinois more particularly described in the complaint previously filed in this cause.

 I declare under penalty of perjury that the foregoing is true and correct. Dated this 28th day of December 2005.

            s/DavidH. Hoff  
            DAVID H. HOFF



**U.S. Department of Justice**
*United States Attorney*
*Central District of Illinois*

*Jan Paul Miller*
*United States Attorney*

*Urbana Division Office*
*Urbana Federal Building and U.S. Courthouse*
*201 South Vine Street, Suite 226*
*Urbana, Illinois 61802-3369*
*TEL: (217) 373-5875*
*FAX: (217) 373-5891*

October 5, 2005

Ms. Michell Jacobs
113 W. Green
Roberts, IL 60962-0182

Re:   Estate of Judy A. Smith, Deceased

Dear Ms. Jacobs:

Our office has filed a mortgage foreclosure complaint on the property at 509 S. Lawrence, Gibson City, Illinois, which is subject to a mortgage in favor of the United States Department of Agriculture, Rural Housing Service.

According to the records of Rural Housing Service, Judy A. Smith, the mortgagor, died on July 26, 2003, in Champaign County, Illinois.

Consequently, I would sincerely appreciate you providing me as soon as possible with the requested information by writing the answers in the space provided (or on additional sheets if necessary) and then mailing the letter back to me in the provided envelope. I have enclosed an additional copy of the letter for your records. Please state:

    1. The name and address of the surviving spouse, if any. If there was no surviving spouse, please write "none".

_____

_____

    2. The name, address and telephone number of the attorney who assisted the family concerning this death.

_____

_____.

EXHIBIT A

Ms. Michell Jacobs
Page Two
October 5, 2005

    3. The city, county and state where any probate proceedings were filed.

_____

_____

_____.

    4. The location of any will, including the city, county and state of any courthouse where a will was filed.

_____

_____

_____.

    5. The name and present address of each descendant, including:

        (a) each child, indicating whether adult or minor;

_____

_____

_____

        (b) the name of any deceased child, providing the name and address of any spouse or child of the deceased child.

_____

_____

_____.

Ms. Michell Jacobs
Page Three
October 5, 2005

      6. If there are no descendants, state the name and address of each living parent, brother or sister, or child or spouse of a deceased brother or sister.

_____

_____

      7. Please state the name and address of each person who was owed money by the decedent when he/she died.

_____

_____

_____

_____.

      8. List all funeral bills and other expenses resulting from the death that remain unpaid.

_____

_____

_____.

      9.  State who presently owns the real estate.

_____

_____

_____.

Ms. Michell Jacobs
Page Two
October 5, 2005

    10.  State who lives at that address.  _____

_____.

 Thank you for taking the time to give me this information, and do not hesitate to call or write me if you have any questions concerning this letter.

Very truly yours,

JAN PAUL MILLER
United States Attorney



s/David H. Hoff
DAVID H. HOFF
Assistant United States Attorney

DHH:sk