UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>　　　Plaintiff, )<br> )<br>　vs. )<br> )<br>ESTATE OF JUDY A. SMITH, )<br>MICHELL R. JACOBS, VANCE )<br>JACOBS, JAMES VAN SCOYOC, )<br>SCOTT VAN SCOYOC, UNKNOWN )<br>OWNERS, INCLUDING UNKNOWN )<br>HEIRS AND LEGATEES OF JUDY A. )<br>SMITH, DECEASED, AND )<br>NON-RECORD CLAIMANTS, )<br> )<br>　　　Defendants. ) | Case No. 05-2224 |

AFFIDAVIT CONCERNING UNKNOWN
OWNERS AND NON-RECORD CLAIMANTS

　　David H. Hoff, states, under penalty of perjury, states as follows:

　　1.  Deponent states that he is an Assistant United States Attorney, represents the plaintiff in this matter, and is authorized to make this Affidavit.

　　2.  Deponent further says that in addition to persons designated by name in the Complaint in this action, there may be other persons who may be interested in this action and who have or claim some right, title, interest or lien in, to or upon the real estate or some part thereof in this Complaint; that on belief, the name of each of such other persons so interested in this action is unknown to plaintiff and to this deponent, and upon diligent inquiry cannot be ascertained and all such persons are, therefore,

made parties defendant to this action by the name and description of UNKNOWN OWNERS.

  3. Deponent further says, on belief, that there are no NON-RECORD CLAIMANTS of which the plaintiff has actual notice; that the name and present or last known places of residence of NON-RECORD CLAIMANTS against the real estate and premises described in the complaint filed in this cause are unknown to the plaintiff and to this deponent or plaintiff's attorneys; that this Affidavit is filed in order to bar to the same extent as if such claimants had been a party, the interest of all NON-RECORD CLAIMANTS in the mortgaged real estate including the equitable right to redeem from the mortgage sought to be foreclosed in this cause by making said NON-RECORD CLAIMANTS parties to this action.

  FURTHER, deponent sayeth not.

            s/ David H. Hoff
            DAVID H. HOFF
            Assistant United States Attorney