**E-FILED**
Friday, 30 December, 2005  03:33:07 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-2224 |
| | ) |
| ESTATE OF JUDY A. SMITH, | ) |
| MICHELL R. JACOBS, VANCE | ) |
| JACOBS, JAMES VAN SCOYOC, | ) |
| SCOTT VAN SCOYOC, UNKNOWN | ) |
| OWNERS, INCLUDING UNKNOWN | ) |
| HEIRS AND LEGATEES OF JUDY A. | ) |
| SMITH, DECEASED, AND | ) |
| NON-RECORD CLAIMANTS, | ) |
| | ) |
| Defendants. | ) |

ORDER FOR SERVICE OF PUBLICATION

This cause coming on to be heard upon the motion of Plaintiff, United States of
America, for an order requiring the appearance of the defendants, ESTATE OF JUDY A.
SMITH, VANCE JACOBS, JAMES VAN SCOYOC, SCOTT VAN SCOYOC,
UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF
JUDY A. SMITH, DECEASED, AND NON-RECORD CLAIMANTS, and it appearing to
the Court that this is a suit to enforce a legal or equitable lien upon or claim to real
property within this district, and that the defendants cannot be found or served within
the State of Illinois, and have not voluntarily appeared herein, and that personal service

within the State upon such defendants is not practicable because their particular

addresses are unknown to plaintiff and cannot be found;

     IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the

defendants, ESTATE OF JUDY A. SMITH, VANCE JACOBS, JAMES VAN SCOYOC,

SCOTT VAN SCOYOC, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS

AND LEGATEES OF JUDY A. SMITH, DECEASED, AND NON-RECORD

CLAIMANTS, shall appear before this Court and plead to the complaint heretofore filed

herein on or before March 1, 2006, and, in default thereof, the Court will proceed to

hearing and adjudication of this cause before the court, in the same manner as if such

absent defendants had been served with process within the State of Illinois; and,

     IT IS, THEREFORE, ORDERED that Notice of this Order be published in <u>Gibson

City Courier</u>, a newspaper published in Gibson City, Illinois, not less than once each

week for three (3) consecutive weeks prior to the return date hereinbefore designated.

     ENTERED this _____day of January 2006.

_____
DAVID G. BERNTHAL
United States Magistrate Judge

2