UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-2224 |
| | ) |
| ESTATE OF JUDY A. SMITH, | ) |
| MICHELL R. JACOBS, VANCE | ) |
| JACOBS, JAMES VAN SCOYOC, | ) |
| SCOTT VAN SCOYOC, UNKNOWN | ) |
| OWNERS, INCLUDING UNKNOWN | ) |
| HEIRS AND LEGATEES OF JUDY A. | ) |
| SMITH, DECEASED, AND | ) |
| NON-RECORD CLAIMANTS, | ) |
| | ) |
| Defendants. | ) |

ORDER FOR SERVICE OF PUBLICATION

This cause coming on to be heard upon the motion of Plaintiff, United States of America, for an order requiring the appearance of the defendants, ESTATE OF JUDY A. SMITH, VANCE JACOBS, JAMES VAN SCOYOC, SCOTT VAN SCOYOC, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF JUDY A. SMITH, DECEASED, AND NON-RECORD CLAIMANTS, and it appearing to the Court that this is a suit to enforce a legal or equitable lien upon or claim to real property within this district, and that the defendants cannot be found or served within the State of Illinois, and have not voluntarily appeared herein, and that personal service within the State upon such defendants is not practicable because their particular addresses are unknown to plaintiff and cannot be found;

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the

defendants, ESTATE OF JUDY A. SMITH, VANCE JACOBS, JAMES VAN SCOYOC, SCOTT VAN SCOYOC, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF JUDY A. SMITH, DECEASED, AND NON-RECORD CLAIMANTS, shall appear before this Court and plead to the complaint heretofore filed herein on or **before March 1, 2006**, and, in default thereof, the Court will proceed to hearing and adjudication of this cause before the court, in the same manner as if such absent defendants had been served with process within the State of Illinois; and,

**IT IS, THEREFORE, ORDERED** that Notice of this Order be published in <u>Gibson City Courier</u>, a newspaper published in Gibson City, Illinois, not less than once each week for three (3) consecutive weeks prior to the return date hereinbefore designated.

**IT IS, THEREFORE, FURTHER ORDERED** that the Motion for Order for Service by Publication **[6]** is **GRANTED**.

ENTER this 4th day of January, 2006

                                                            s/ DAVID G. BERNTHAL
                                                            U.S. MAGISTRATE JUDGE