UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-2224 |
| ) | |
| ESTATE OF JUDY A. SMITH, ) | |
| MICHELL R. JACOBS, VANCE ) | |
| JACOBS, JAMES VAN SCOYOC, ) | |
| SCOTT VAN SCOYOC, UNKNOWN ) | |
| OWNERS, INCLUDING UNKNOWN ) | |
| HEIRS AND LEGATEES OF JUDY A. ) | |
| SMITH, DECEASED, AND ) | |
| NON-RECORD CLAIMANTS, ) | |
| ) | |
| Defendants. ) | |

## **NOTICE OF PUBLICATION**

Notice is hereby given to ESTATE OF JUDY A. SMITH, VANCE JACOBS, JAMES VAN SCOYOC, SCOTT VAN SCOYOC, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF JUDY A. SMITH, DECEASED, AND NON-RECORD CLAIMANTS, of the complaint for foreclosure filed in the above-entitled case on October 5, 2005, and that they are named as defendants in the above-entitled case, pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure, and the provisions of 735 ILCS 5/2-413, 735 5/15-1501, 5/15-1502, 5/2-206, 5/2-207, and that the above-entitled mortgage foreclosure suit is now pending in said court.  You, ESTATE OF JUDY A. SMITH, VANCE JACOBS, JAMES VAN SCOYOC, SCOTT VAN SCOYOC, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF JUDY A. SMITH, DECEASED, AND NON-RECORD CLAIMANTS, are hereby notified that on January 4, 2006, an order was entered in said cause by the Honorable David G. Bernthal, United States Magistrate Judge of this Court, ordering that you shall appear in this case and plead to the complaint heretofore filed herein by filing same in the above-entitled cause with the undersigned Clerk of the United States District Court for the Central District of Illinois, 201 S. Vine Street, Urbana, Illinois 61802, on or before March 1, 2006, and in default thereof the court will proceed to a hearing and an adjudication of this cause before the court, in the same manner as if you had been served with process within the State of Illinois, and that the following information applies to said foreclosure proceeding:

 (I)  The names of all plaintiffs and the case number are identified above.

 (ii)  The court in which said action was brought is identified above.

 (iii)  The name of the title holder of record is: JUDY A. SMITH (now deceased)

 (iv)  A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

    Lot Thirteen (13) of Taylor's Resubdivision of a part of Lot Four (4) of Gibson Land Company's Subdivision of the South end of the East side of the Southeast Quarter (SE 1/4) of Section Eleven (11), Township Twenty-three (23) North, Range Seven (7) East of the Third Principal Meridian, according to the Survey and Plat thereof, filed for record May 23, 1957 in Book 151 Miscellaneous Records, page 1 of the records in the Recorder's Office of Ford County, Illinois; and Dedication of said Plat filed for record September 18, 1957 in Book 151 Miscellaneous Records at page 301, situated in the City of Gibson, County of Ford and State of Illinois.

(v) A common address or description of the location of the real estate is as follows:

    509 S. Lawrence, Gibson City, Illinois

(vi) An identification of the mortgage sought to be foreclosed is as follows:

    Name of Mortgagor: JUDY A. SMITH (now deceased)

    Name of mortgagee: Rural Development, Department of Agriculture, an agency of the United States

    Date of mortgage: March 27, 1998

    Date of recording: March 27, 1998

    County where recorded: Ford County, Illinois

    Recording document identification: As Doc. No. 208336

JOHN M. WATERS  
CLERK OF THE DISTRICT COURT  
201 S. Vine Street  
Urbana, Illinois 61802