# Pantagraph Publishing

**Gibson City Courier**
301 WEST WASHINGTON St. P.O. BOX 2907
BLOOMINGTON, ILLINOIS 61702-2907
PHONE 309-829-9000

FEB 21 2006

United States Attorney's Office
201 South Vine Street, Suite 226
Urbana, IL   618023369

## Certificate of Publication

| ACCOUNT # | 47576 | DESCRIPTION | notice of pulication estate judy smith |
|---|---|---|---|
| AD # | 0000590538 | SIZE | 155.00 li |
| INVOICE DATE | 2/8/2006 | TIMES | 3 |
| AMOUNT DUE | $ 348.75 | DATES APPEARED | 1/25/2006, 2/1/2006, 2/8/2006 |

**The Pantagraph Publishing Co.** hereby certifies that it is now and has been for more than one year continuously, d/b/a **Gibson City Courier**, a weekly secular newspaper of general circulation in said County, printed and published in the City, County and State aforesaid, and further certifies that said newspaper has been continuously published at regular intervals weekly with more than a minimum of fifty issues per year for more than one year prior to the first publication of the notice, and further certifies that **Gibson City Courier** is a newspaper as defined by the Statutes of the State of Illinois in such cases made and provided, and further hereby certifies that a notice of which the annexed notice is a true copy, has been regularly published in said paper.

IN WITNESS WHEREOF, THE SAID PANTAGRAPH PUBLISHING CO. d/b/a **Gibson City Courier** has caused its name to be hereunto signed by its Publisher, Financial Director, Accounting Manager on this 8th day of February, 2006

By _[signature]_

**STATE OF ILLINOIS,**
**COUNTY OF FORD**          } SS:
**CITY OF GIBSON CITY**

Sworn to and subscribed before me
his _____ day of _____, 2006

_____    By _____

The costs of advertising and proof, has been paid.

$ 348.75

---

**599 Legals**

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS URBANA DIVISION
UNITED STATES OF AMERICA, Plaintiff, vs. ESTATE OF JUDY A. SMITH, MICHELL R. JACOBS, VANCE JACOBS, JAMES VAN SCOYOC, SCOTT VAN SCOYOC, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF JUDY A. SMITH, DECEASED, AND NON-RECORD CLAIMANTS, Defendants. Case No. 05-2224

NOTICE OF PUBLICATION
Notice is hereby given to ESTATE OF JUDY A. SMITH, VANCE JACOBS, JAMES VAN SCOYOC, SCOTT VAN SCOYOC, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF JUDY A. SMITH, DECEASED, AND NON-RECORD CLAIMANTS, of the complaint for foreclosure filed in the above entitled case on October 5, 2005, and that they are named as defendants in the above-entitled case, pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure, and the provisions of 735 ILCS 5/2-413, 735 5/15-1501, 5/15-1502, 5/2-206, 5/2-207, and that the above-entitled mortgage foreclosure suit is now pending in said court. You, ESTATE OF JUDY A. SMITH, VANCE JACOBS, JAMES VAN SCOYOC, SCOTT VAN SCOYOC, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF JUDY A. SMITH, DECEASED, AND NON-RECORD CLAIMANTS, are hereby notified that on January 4, 2006, an order was entered in said cause by the Honorable David G. Bernthal, United States Magistrate Judge of this Court, ordering that you shall appear in this case and plead to the complaint heretofore filed herein by filing same in the above-entitled cause with the undersigned Clerk of the United States District Court for the Central District of Illinois, 201 S. Vine Street, Urbana, Illinois 61802, on or before March 1, 2006, and in default thereof the court will proceed to a hearing and an adjudication of this cause before the court, in the same manner as if you had been served with process within the State of Illinois, and that the following information applies to said foreclosure proceeding.
(i) The names of all plaintiffs and the case number are identified above.
(ii) The court in which said action was brought is identified above.
(iii) The name of the title holder is: JUDY A. SMITH (now deceased)

(iv) A legal description of the real estate sufficient to identify it with reasonable certainty is as follows: Lot Thirteen (13) of Ta Resubdivision of a p Lot Four (4) of Gibson Company's Subdivisi the South end of the side of the Southeast ter (SE 1/4) of Section en (11) Township Tw Three (23) North R Seven (7) East of the Principal Meridian, ac ing to the Survey an thereof, filed for recor 23, 1957 in Book 151 cellaneous Records, p of the records in the Re er's Office of Ford Coun linois; and Dedicatio said Plat filed for re September 18, 195 Book 151 Miscellaneo cords at page 301, sit in the City of Gibson, C ty of Ford and Stat Illinois.
(v) A common addres description of the loc of the real estate is a lows:
509 S. Lawrence, Gi City, Illinois
(vi) An identification of mortgage sought to be f closed is as follows:
Name of Mortgagor: J A. SMITH (now decease Name of mortgagee: R Development, Departm of Agriculture, an agenc the United States
Date of mortgage: M 27, 1998
Date of recording: M 27,1998
County where record Ford County, Illinois
Recording document id fication:   As   Doc. 208336

JOHN M. WATE CLERK OF T DISTRICT COU 201 S. Vine St Urbana, Illinois 618