E-FILED
Thursday, 16 March, 2006  09:00:19 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 05-2224 |
| ) | |
| ESTATE OF JUDY A. SMITH, ) | |
| MICHELL R. JACOBS, VANCE ) | |
| JACOBS, JAMES VAN SCOYOC, ) | |
| SCOTT VAN SCOYOC, UNKNOWN ) | |
| OWNERS, INCLUDING UNKNOWN ) | |
| HEIRS AND LEGATEES OF JUDY A. ) | |
| SMITH, DECEASED, AND ) | |
| NON-RECORD CLAIMANTS, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE

Plaintiff, UNITED STATES OF AMERICA, moves pursuant to Title 28, United States Code, Section 1345 and Chapter 110, Section 15-1506, of the Illinois Revised Statutes, for judgment by default for the relief prayed for in the Complaint for Foreclosure of Mortgage previously filed by the plaintiff in this cause on October 5, 2005.  In support of this Motion, the United States of America states as follows:

1.  That this Court has jurisdiction of the parties to and the subject matter of this suit.  That the defendants were served as follows:

A.  Michell R. Jacobs returned the Waiver of Service of Summons form which was filed in this cause on October 14, 2005.

B.  Estate of Judy A. Smith, Vance Jacobs, James Van Scoyoc, Scott Van Scoyoc, Unknown Owners, Including Unknown Heirs and Legatees of Judy A. Smith, Deceased,

and Non-Record Claimants, were each served by proper publication in the *Gibson City Courier*, as evidenced by the Certificate of Publication filed in this cause on February 22, 2006.

That said defendants have not answered or otherwise pleaded to said Complaint filed herein and consequently, are in default for their failure to so appear, answer, or otherwise plead in this cause in the time and in the manner as provided by the Federal Rules of Civil Procedure and the Rules of this Court.

2. The material factual allegations stated in said Complaint filed herein were not denied in any responsive pleading.

3. The Sworn Affidavit of Costs and the Affidavit of Marianne Nixa, Acting State Director, Rural Development, are attached hereto and incorporated herein.

WHEREFORE, the UNITED STATES OF AMERICA requests that this Court enter a Default Judgment of Foreclosure against the above-named defendants.

>   Respectfully submitted,
>
>   RODGER A. HEATON
>   UNITED STATES ATTORNEY
>
>   BY:   s/David H. Hoff_____
>   DAVID H. HOFF, Bar No. IL 1234072
>   United States Attorney
>   201 S. Vine St., Suite 226
>   Urbana, IL 61802
>   Phone: 217/373-5875
>   Fax: 217/373-5891
>   david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 16th day of March 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      Michell R. Jacobs
      113 W. Green
      Roberts, IL 61962

      s/David H. Hoff
      DAVID H. HOFF, Bar No. IL 1234072
      Attorney for Plaintiff
      United States Attorney
      201 S. Vine Street, Suite 226
      Urbana, Illinois 61802
      Phone:  217/373-5875
      Fax: 217/373-5891
      david.hoff@usdoj.gov