UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-2224 |
| | ) |
| ESTATE OF JUDY A. SMITH, | ) |
| MICHELL R. JACOBS, VANCE | ) |
| JACOBS, JAMES VAN SCOYOC, | ) |
| SCOTT VAN SCOYOC, UNKNOWN | ) |
| OWNERS, INCLUDING UNKNOWN | ) |
| HEIRS AND LEGATEES OF JUDY A. | ) |
| SMITH, DECEASED, AND | ) |
| NON-RECORD CLAIMANTS, | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF MILITARY SERVICE STATUS

DAVID H. HOFF says that he is the attorney for the plaintiff in the above-entitled action; that to the best of his information and belief the defendants, Michell R. Jacobs, Vance Jacobs, James Van Scoyoc, and Scott Van Scoyoc are not infants or incompetent persons and not in the military service within the purview of the Servicemembers' Civil Relief Act of 2003.

The attached letter was mailed to defendant, Michell R. Jacobs, at her last known address. To date, no response has been received from said defendant. The undersigned was not able to send letters to the remaining defendants, as their current whereabouts are unknown to plaintiff. The undersigned also was unable to search the Defense

Manpower Data Center website because he does not have social security numbers for any of the defendants, which numbers are required to perform such a search.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 16th day of March 2006.

s/David H. Hoff_____
DAVID H. HOFF, Bar No. 1234027
Assistant United States Attorney
Attorney for Plaintiff
U.S. Attorney's Office
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Ph.: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

U.S. Department of Justice

United States Attorney
Central District of Illinois

*Rodger A. Heaton*
*United States Attorney*

*Urbana Division Office*
*Urbana Federal Building and U.S. Courthouse*
*201 South Vine Street, Suite 226*
*Urbana, Illinois 61802-3369*
*TEL: (217) 373-5875*
*FAX: (217) 373-5891*

March 7, 2006

Ms. Michell R. Jacobs
113 W. Green
Roberts, IL 61962

Re:   U.S. vs. Estate of Judy Smith
       Case No. 05-2224

Dear Ms. Jacobs:

As you are aware, we are in the process of foreclosing on property at 509 S. Lawrence, Gibson City, Illinois 60936.

It is necessary that we be informed as to whether or not you are currently in the military service, either active or reserve.

If no response is received from you within five (5) days of the date of this letter, we will assume that you are not in the military service.

Very truly yours,

RODGER A. HEATON
United States Attorney


s/David H. Hoff
DAVID H. HOFF
Assistant United States Attorney

DHH:sk