IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| ESTATE OF JUDY A. SMITH, | ) | |
| MICHELL R JACOBS, VANCE | ) | |
| JACOBS, JAMES VAN SCOYOC, | ) | |
| SCOTT VAN SCOYOC, UNKNOWN | ) | |
| OWNERS, INCLUDING UNKNOWN | ) | |
| HEIRS AND LEGATEES OF JUDY A. | ) | |
| SMITH, DECEASED, AND | ) | |
| NON-RECORD CLAIMANTS, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | CIVIL NO. 05-2224 |
| | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT FOR JUDGMENT

The Undersigned, having been duly sworn on oath, doth state:

1. The undersigned states that she is the Acting State Director for Rural Development, United States Department of Agriculture and is authorized to make this Affidavit on behalf of plaintiff.

2. The undersigned is familiar with the material allegations contained in the Complaint for Foreclosure filed herein by plaintiff, and said allegations are true.

3. Defendant-mortgagor is in arrears in the payments due plaintiff, as described in said Complaint, in the amount of $24,538.67 as of February 23, 2006.

4. As of February 23, 2006, said defendant is indebted to plaintiff in the following amounts under the terms of a loan secured by mortgage described in said Complaint, in addition to plaintiff's attorney fees incurred herein which are to be fixed by this court:

| | |
|---|---|
| Unpaid Balance of Principal | $51,425.68 |
| Unpaid Balance of Interest | $ 9,244.04 |
| Subsidy Assistance Due | $11,644.92 |
| Late Charges | $     19.65 |
| Interest on Fees Due | $   741.95 |
| Fees Currently Due | $ 9,362.99 |
| Court Costs Paid to Date | $   620.75 |
| Total | $83,059.98 |
| Daily Accrual | $11.2406 |

5. To the best of the knowledge, information and belief of the undersigned; defendant herein is not now in active duty with the military forces of the United States or Allied Nations.

### CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement set forth in this instrument are true and correct, except as to matters therein states to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

_____
MARIANNE NIXA
Acting State Director

### ACKNOWLEDGMENT

Subscribed and sworn to before me, a notary, this 23rd day of February 23, 2006.

My Commission Expires:   4/4/07   _____
Donna M. Wiltshire, Notary

"OFFICIAL SEAL"
Donna M. Wiltshire
Notary Public, State of Illinois
My Commission Exp. 04/04/2007