E-FILED
Thursday, 16 March, 2006  03:54:06 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | )  Case No. 05-2224 |
| | ) |
| ESTATE OF JUDY A. SMITH, | ) |
| MICHELL R. JACOBS, VANCE | ) |
| JACOBS, JAMES VAN SCOYOC, | ) |
| SCOTT VAN SCOYOC, UNKNOWN | ) |
| OWNERS, INCLUDING UNKNOWN | ) |
| HEIRS AND LEGATEES OF JUDY A. | ) |
| SMITH, DECEASED, AND | ) |
| NON-RECORD CLAIMANTS, | ) |
| | ) |
| Defendants. | ) |

NOTICE OF HEARING

PLEASE TAKE NOTICE that we will appear on the 11th day of April 2006, at 1:00 p.m., or as soon thereafter as the matter may be heard, before the Honorable Michael P. McCuskey, in the United States District Court, Court Room A, 201 S. Vine Street, Urbana, Illinois, and will call for hearing on Motion to Enter Default Judgment of Foreclosure and you may be present at said time if you so desire.

DATED this 16th day March 2006.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:    s/David H. Hoff
       DAVID H. HOFF
       Assistant United States Attorney
       201 S. Vine St., Suite 226
       Urbana, IL 61802
       Phone:  217/373-5875
       Fax: 217/373-5891
       david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Michell R. Jacobs
113 W. Green
Roberts, IL 61962

s/ David H. Hoff
DAVID H. HOFF
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov