AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA**

      vs.          Case Number:  **05-2224**

**JUDY A. SMITH, Estate of Judy A. Smith; MICHELL R. JACOBS;
VANCE JACOBS; JAMES VAN SCOYOC; SCOTT VAN SCOYOC;
UNKNOWN OWNERS;
INCLUDING UNKNOWN HEIRS AND LEGATEES OF JUDY A SMITH
NON-RECORD CLAIMANTS**

☐ **DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that default judgment is entered in favor of the plaintiff and against the defendant.

ENTER this 13th day of April, 2006

s/John M. Waters
_____
JOHN M. WATERS, CLERK

s/V. Ball
_____
BY:  DEPUTY CLERK