**E-FILED**
Tuesday, 09 May, 2006  08:28:38 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-2224 |
| | ) |
| ESTATE OF JUDY A. SMITH, | ) |
| MICHELL R. JACOBS, VANCE | ) |
| JACOBS, JAMES VAN SCOYOC, | ) |
| SCOTT VAN SCOYOC, UNKNOWN | ) |
| OWNERS, INCLUDING UNKNOWN | ) |
| HEIRS AND LEGATEES OF JUDY A. | ) |
| SMITH, DECEASED, AND | ) |
| NON-RECORD CLAIMANTS, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE OF
NOTICE OF MARSHAL'S SALE**

I hereby certify that on the 9th day of May 2006, I electronically filed the Notice of Marshal's Sale with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Michell R. Jacobs
113 W. Green
Roberts, IL 61962

s/ David H. Hoff
DAVID H. HOFF, Bar No. 1234072
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov