# THE RECORD

A WEEKLY NEWSPAPER PUBLISHED IN PAXTON, ILLINOIS

PAXTON PRINTING INC., Publishers.

STATE OF ILLINOIS,    )
                      ) ss.
County of Ford        )

I, HEATHER K. WERNER, do hereby certify that doing business under the trade name, style and description of Paxton Printing Inc., I was during all of the time hereinafter mentioned, the authorized agent of THE RECORD, a weekly secular newspaper, and, as such of said newspaper, do hereby certify as follows:

1. That a notice, of which the annexed is a true and correct copy, was printed and published in said newspaper once each week for 4 successive weeks; that the date of the first publication of said newspaper containing said notice was the 17 day of May, 2006, and that the date of the last publication of said newspaper containing said notice was the 7 day of June, 2006.

2. That said newspaper is a weekly secular newspaper of general circulation, and of general circulation in said County of Ford, published in the City of Paxton, in the County of Ford and State of Illinois.

3. That said newspaper has been regularly published in Paxton, Ford County, Illinois, as aforesaid, for more than twelve months prior to the date of the first publication of said notice therein as aforesaid.

4. That said newspaper is a newspaper as defined by Chapter 100, Illinois Revised Statutes, as amended July 17, 1959, and is in all respects fully qualified to publish legal notices.

_____
Registered Agent of Paxton Printing, Inc.

---

**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS URBANA DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff,
vs.
ESTATE OF JUDY A. SMITH, MICHELL R. JACOBS, VANCE JACOBS, JAMES VAN SCOYOC, SCOTT VAN SCOYOC, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF JUDY A. SMITH, DECEASED, AND NON-RECORD CLAIMANTS,
    Defendants.

Case No. 05-2224

**NOTICE OF MARSHAL'S SALE**

PUBLIC NOTICE is hereby given that pursuant to a judgment for foreclosure entered by the court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1. The name, address and telephone number of the person to contact for information regarding the real estate is:
Brian Bend
Rural Development Manager
USDA Service Center
P.O. Box 80
1510 W. Reynolds
Pontiac, IL 61764
Telephone No: 815-844-6127, Ext. 4

2. The common address and other common description, if any any, of the real estate is:
509 S. Lawrence, Gibson City, Illinois

3. The legal description of the real estate is:
Lot Fourteen (13) of Taylor's Resubdivision of a part of Lot Four (4) of Gibson Land Company's Subdivision of the South end of the East side of the Southeast Quarter (SE 1/4) of Section Eleven (11), Township Twenty-three (23) North Range Seven (7) East of the Third Principal Meridian, according to the Survey and Plat thereof, filed for record May 23, 1957 in Book 151 Miscellaneous Records, page 1 of the records in the Recorder's Office of Ford County, Illinois; and Dedication of said Plat filed for record September 18, 1957 in Book 151 Miscellaneous Records at page 301, situated in the City of Gibson, County of Ford and State of Illinois.

4. The real estate may be inspected prior to sale at the following times: (Available for inspection during business hours upon reasonable advance notice to the county office listed above.)

5. The time and place of the sale are: 10:00 a.m. June 15, 2006, inside the Ford County Courthouse, Paxton, Illinois.

6. The terms of the sale are: 10% of purchase price payable at time and place of sale by certified check. Balance to be paid by certified check received by the United States Marshal, 100 N.E. Monroe, Room 264, Peoria, Illinois 61602, within thirty (30) days of date of said sale. If the balance is not received within said time period, the 10% payment made at time of sale shall be forfeited to the United States, the sale shall be void and a new sale shall be scheduled by the Court.

7. Title will be conveyed subject to all general real estate taxes for the years 2005 and thereafter to be paid by buyer(s), which are a lien upon the real estate, and special assessments, if any, and easements and restrictions of record. Buyer(s) shall also be responsible for payment of the real estate transfer tax (35 ILCS 200-31-45).

8. Upon receipt of the entire purchase price amount, a Certificate of Sale shall be forwarded to the Marshal for execution describing the lands and tenements purchased and the sum paid therefor to be tendered to the purchaser. Upon confirmation of said sale by the Court, the holder of said Certificate of Sale shall be entitled to a deed for said premises.
DATED at Springfield, Illinois, this 1st day of May 2006.
s/Steven D. Deatherage
STEVEN D. DEATHERAGE
UNITED STATES MARSHAL
CENTRAL DISTRICT OF ILLINOIS

May 17, 24, 31, June 5w