UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 05-2224 |
| | ) |
| ESTATE OF JUDY A. SMITH, MICHELL R. JACOBS, VANCE JACOBS, JAMES VAN SCOYOC, SCOTT VAN SCOYOC, UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF JUDY A. SMITH, DECEASED, AND NON-RECORD CLAIMANTS, | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that we will appear on the 9th day of August 2006, at 2:15 P.M., or as soon thereafter as the matter may be heard, before the Honorable Michael P. McCuskey, in the United States District Court, Court Room A, 201 S. Vine Street, Urbana, Illinois, and will call for hearing on United States Marshal's Report of Sale, a copy of which is attached hereto, and you may be present at said time if you so desire.

DATED this 25th day July 2006.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:  s/David H. Hoff
DAVID H. HOFF, Bar No. 1234027
Assistant United States Attorney
Attorney for Plaintiff
U.S. Attorney's Office
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Ph.:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of July 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Michell R. Jacobs
    113 W. Green
    Roberts, IL 61962

    William Kruse
    110 N. Sangamon
    Gibson City, IL 60936

    s/David H. Hoff
    DAVID H. HOFF, Bar No. IL 1234072
    Attorney for Plaintiff
    United States Attorney
    201 S. Vine Street, Suite 226
    Urbana, Illinois 61802
    Phone: 217/373-5875
    Fax: 217/373-5891
    david.hoff@usdoj.gov