**E-FILED**
Tuesday, 12 December, 2006 10:39:20 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 05-2224 |
| | ) |
| ESTATE OF JUDY A. SMITH, | ) |
| MICHELL R. JACOBS, VANCE | ) |
| JACOBS, JAMES VAN SCOYOC, | ) |
| SCOTT VAN SCOYOC, UNKNOWN | ) |
| OWNERS, INCLUDING UNKNOWN | ) |
| HEIRS AND LEGATEES OF JUDY A. | ) |
| SMITH, DECEASED, AND | ) |
| NON-RECORD CLAIMANTS, | ) |
| | ) |
| Defendants. | ) |

<u>RELEASE OF NOTICE OF FORECLOSURE</u>

Release is hereby given of the Notice of Foreclosure filed in the United States District Court, Central District of Illinois, on October 5, 2005, and recorded in the Recorder's Office in Ford County, Illinois, on October 11, 2005, as Document No. 234085, which Notice of Foreclosure stated as follows:

The undersigned certifies that the above entitled mortgage foreclosure action was filed on October 5, 2005, and is now pending.

(I)  The names of all plaintiffs and the case number are identified above.

(ii)  The court in which said action was brought is identified above.

(iii)  The name of the title holder of record is:   JUDY A. SMITH

(iv)  A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

Lot Thirteen (13) of Taylor's Resubdivision of a part of Lot Four (4) of Gibson Land Company's Subdivision of the South end of the East side of the Southeast Quarter (SE 1/4) of Section Eleven (11), Township Twenty-three (23) North, Range Seven (7) East of the Third Principal Meridian,

according to the Survey and Plat thereof, filed for record May 23, 1957 in Book 151 Miscellaneous Records, page 1 of the records in the Recorder's Office of Ford County, Illinois; and Dedication of said Plat filed for record September 18, 1957 in Book 151 Miscellaneous Records at page 301, situated in the City of Gibson, County of Ford and State of Illinois.

(v)  A common address or description of the location of the real estate is as follows:

      509 S. Lawrence, Gibson City, Illinois

(vi)  An identification of the mortgage sought to be foreclosed is as follows:

| | |
|---|---|
| Name of Mortgagor: | JUDY A. SMITH (now Deceased) |
| Name of mortgagee: | United States of America acting through United States Department of Agriculture |
| Date of mortgage: | March 27, 1998 |
| Date of recording: | March 27, 1998 |
| County where recorded: | Ford County, Illinois |
| Recording document identification: | Doc. No. 208336 |

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:   s/David H. Hoff_____
DAVID H. HOFF, Bar No. IL 1234072
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

This instrument was prepared by David H. Hoff, Assistant United States Attorney, 201 S. Vine, Urbana, IL 61802.